Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

*E-FILED - 12/4/08*

ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAKAHATA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA RECOVERY SYSTEMS, INC., SONIA BANKS, ERIC MEDRANO, and CHERYL DOE,<br><br>    Defendants. | CIV. NO. C08-03400 RMW<br><br>REQUEST TO CONTINUE 12/5/08 CASE MANAGEMENT CONFERENCE and [] ORDER<br><br>Date: December 5, 2008<br>Time: 10:30 a.m.<br><br>HON. RONALD M. WHYTE |

The parties are attempting to resolve this matter, and have stipulated to mediate this matter through the Court's Alternative Dispute Resolution Program. (the Court has already entered an order to mediate).

The parties respectfully request the Court continue the December 5, 2008, Case Management Conference for 90 days. The parties will conduct discovery in accordance with the F.R.C.P.

Dated: December 1, 2008                /s/Ronald Wilcox
                                                                  Ronald Wilcox, Counsel for Plaintiff

Dated: December 1, 2008                /s/Wendy Vierra
                                                                   Wendy Vierra, Counsel for Defendants
                                                                   (Approved via email)

**[] ORDER**

The Court's adopts the stipulation of the parties. The December 5, 2008 Case Management Conference is hereby continued to <u>March 6, 2009 @ 10:30 a.m.</u>.

IT IS SO ORDERED.

_____          Date: <u>12/4/08</u>
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE