UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAKAHATA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA RECOVERY SYSTEMS, INC., et al.,<br><br>　　　　Defendants. | Case No.: C 08-3400 RMW (PVT)<br><br>**INTERIM ORDER RE PLAINTIFF'S MOTIONS TO COMPEL AND FOR SANCTIONS** |

　　　　On December 9, 2009, Plaintiff filed a motion to compel the depositions of Defendants Eric Medrano and Sonja Banks along with a motion for sanctions.[1]  Defendants opposed the motions. Defense counsel has also filed motions before District Judge Whyte to withdraw from representing Defendant Banks and for a stay of discovery against Defendant Banks.  Having reviewed the papers submitted by the parties, and the file herein, the court finds it appropriate to issue this interim order and continue the hearing.  Based on the briefs and arguments presented, and the file herein,

　　　　IT IS HEREBY ORDERED that Defendant Eric Medrano shall appear for deposition on January 29, 2009 at a mutually agreed upon time and location in Walnut Creek, California.  As the parties appear to now have agreed to this date and location for Defendant Medrano's deposition, oral

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

argument is unnecessary.

    IT IS FURTHER ORDERED that the hearing on Plaintiff's motion with regard to Defendant Sonja Banks, and on Plaintiff's motion for sanctions, is continued to February 17, 2009.  (In the event Plaintiff's counsel is allowed to withdraw as counsel for Defendant Banks, the portion of the hearing related to compelling Defendant Banks to appear for deposition will be further continued to allow for Defendant Banks to respond to that portion of the motion.)

Dated: *1/8/09*

                                  PATRICIA V. TRUMBULL
                                  United States Magistrate Judge