RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
ronaldwilcox@post.harvard.edu

*E-FILED - 1/20/09*

Attorney for the Plaintiff

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TAKAHATA, | Case No.:  C08-03400 RMW |
| Plaintiff, | **STIPULATION TO CONTINUE DEFENDANTS MOTION TO WITHDRAW, and MOTION FOR PROTECTIVE ORDER FROM FEBRUARY 6, 2009 TO FEBRUARY 13, 2009 and [Proposed] ORDER** |
| v. | |
| CALIFORNIA RECOVERY SYSTEMS, INC.) SONIA BANKS, ERIC MEDRANO, and CHERYL DOE, | |
| Defendants. | U.S. District Court<br>280 S. 1st St.<br>San Jose, CA<br>HON. RONALD M. WHYTE |
| | **Date: February 6, 2009** |
| | **Time: 9:00 a.m.** |

The parties hereby stipulate to continue Defendants' Motion to Withdraw as Counsel to Sonia Banks (Doc #14), and Motion for Protective Order Staying Discovery to Sonja Banks, Alternatively, Motion to Enlarge Time to Respond to Plaintiff's Discovery Set Number One (Doc #17), from February 6, 2009 to February 13, 2009.

STIPULATION AND [PROPOSED] ORDER
Page 1

Date:

Wendy Vierra
Counsel for Defendants

Date: 1/15/09

Ronald Wilcox
Counsel for Plaintiff

[PROPOSED] ORDER

The Court adopts the stipulation of the parties.

IT IS SO ORDERED.

Date:  1/20/09

DISTRICT
U.S. MAGISTRATE JUDGE
RONALD M. WHYTE

**STIPULATION AND [PROPOSED] ORDER SCHEDULING DEPOSITIONS**

Page 2