RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400 Fax: 408-296-0486
ronaldwilcox@post.harvard.edu

Attorney for the Plaintiff

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RICHARD TAKAHATA, | ) Case No.: C08-03400 RMW |
| | ) |
| | ) **STIPULATION TO CONTINUE** |
| Plaintiff, | ) **MOTIONS HEARINGS FROM** |
| | ) **FEBRUARY 17, 2009 TO MARCH 10,** |
| v. | ) **2009 AND [Proposed] ORDER** |
| CALIFORNIA RECOVERY SYSTEMS, INC. ) | |
| SONIA BANKS, ERIC MEDRANO, and | ) |
| CHERYL DOE, | ) U.S. District Court |
| | ) 280 S. 1st St. |
| | ) San Jose, CA |
| Defendants. | ) PATRICIA V. TRUMBULL |

**Date: February 17, 2009**

**Time: 10:30 a.m.**

The parties hereby stipulate to continue Plaintiff's Motion to Compel and for

Sanctions, (Doc #12), and Motion for Protective Order Staying Discovery to Sonja

Banks, Alternatively, Motion to Enlarge Time to Respond to Plaintiff's Discovery

Set Number One (Doc #17), from February 17, 2009 to March 10, 2009.

Date: 2/2/09

/s/Wendy D. Vierra
Wendy Vierra
Counsel for Defendants

**STIPULATION AND [PROPOSED] ORDER**

1

2

Date: 2/2/09

3

4

/s/Ronald Wilcox

5   Counsel for Plaintiff

6

7

8                                 [PROPOSED] ORDER

9

The Court adopts the stipulation of the parties.

10

IT IS SO ORDERED.

11

12

Date:  2/4/09

13

*Patricia V. Trumbull*

14   U.S. MAGISTRATE JUDGE
PATRICIA V. TRUMBULL

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND [PROPOSED] ORDER**