1 | RONALD WILCOX, Bar No. 176601
2 | 2160 The Alameda, First Floor, Suite F
    San Jose, CA 95126
3 | Tel: 408-296-0400
    Fax: 408-296-0486

*E-FILED - 3/5/09*

4 | Attorney for Plaintiff

## U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

RICHARD TAKAHATA,

    Plaintiff,

CALIFORNIA RECOVERY SYSTEMS, INC., SONIA BANKS, ERIC MEDRANO, AND CHERYL DOE,

    Defendants.

Case No. C08-03400 RMW

**STIPULATION TO DISMISS AND [PROPOSED] ORDER**

The parties have resolved this matter and request the Court dismiss this action with prejudice.

Dated: 3/4/09

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: 3/4/09

_____
Wendy Vierra, Counsel for Defendants

- 1

1 **[PROPOSED] ORDER**

2 Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with
3 prejudice.

4

5 Date: 3/5/09

6
7 *Ronald M. Whyte*
  HON. RONALD M. WHYTE
8 U.S. DISTRICT JUDGE